Reversed and Remanded and Opinion filed September 19, 2002









Reversed and Remanded and Opinion filed September 19,
2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-01-01264-CV

____________

 

BAKER PETROLITE CORPORATION, Appellant

 

V.

 

KRISTI N. GLADDEN, Appellee

 



 

On
Appeal from the 334th District Court

Harris
County, Texas

Trial
Court Cause No. 99-48757

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 29,
2001.  On January 24, 2002, this Court
ordered the parties to mediation.  On
September 9, 2002, the parties filed an agreed motion to reverse the judgment
and remand the cause to the trial court because the case has been settled.  See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly, the judgment is reversed and the cause remanded
to the trial court.

PER CURIAM

Judgment rendered and Opinion
filed September 19, 2002.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler.

Do Not Publish C Tex. R. App. P. 47.3(b).